**Order entered September 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00415-CR

### CLAYTON ELLIOTT BRIGGS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 366th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-80634-2015

## ORDER

Although the reporter's record was initially due August 16, 2017, we granted court reporter Antoinette Varela's August 10th request for an extension and ordered the reporter's record due September 15, 2017. The Court now has before it Ms. Varela's September 18, 2017 second request for an extension of time. We **GRANT** the request and **ORDER** the reporter's record due October 16, 2017. We caution Ms. Varela that further requests for extension of time will be disfavored.

/s/    ADA BROWN
        JUSTICE